IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 0 2008

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 08-cv-00155-BNB

ALLEN D. BENSON,

Applicant,

v.

STATE OF COLORADO,
COUNTY OF ARAPAHOE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

ORDER OF DISMISSAL

Applicant Allen D. Benson initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of the sentence he is serving as a result of his conviction in Arapahoe County District Court case number 01-CR-3120. On January 30, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Benson to file a supplement to the application that includes specific information necessary to determine if this action is timely filed. Mr. Benson was warned that the action would be dismissed without further notice if he failed to file a supplement with the necessary information within thirty days.

Mr. Benson has failed to file a supplement as directed and he has failed to respond in any way to Magistrate Judge Boland's January 30 order in this action. Therefore, the application will be denied and the action will be dismissed without prejudice for failure to file a supplement as directed. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to file a supplement as directed.

DATED at Denver, Colorado, this 7 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00154-BNB

Allen B. Benson
Reg. No. 54769
Arkansas Valley Correctional Facility
PO Box 1000
Crowley, CO 81034-1000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/10/08

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                         Deputy Clerk